UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62216-CIV-SINGHAL/VALLE

JANET MARTIN,

    Plaintiff,

v.

INTERNATIONAL FREIGHT CONSOLIDATORS, INC.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** is before the Court on the Plaintiff's Unoppose[d] Motion for Extension of Time to File a Motion for Substitution (DE [48]). Having considered the motion, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unoppose[d] Motion for Extension of Time to File a Motion for Substitution (DE [48]) is **GRANTED**.

2. The above-styled action is administratively **CLOSED** without prejudice to the Plaintiff to file a motion for substitution pursuant to Federal Rule of Civil Procedure 25 within **ninety (90) days** of this Order.

3. Should the Plaintiff file a timely motion for substitution, either party may request the Court to reopen the case.

4. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

5. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of September 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF